UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHARON-SHAWN A. BELL

    vs.                                          CASE NO. 3:23CV785 (MPS)

M. ASTRU
*Current, SSA Hdqts Comm*
LINDA DORM
*Boston MA Comm. Rgl 1*
PATRIK NIGGERD
*Caseworker, (ne'gard)-FO #31*
JODIE HARTLEE-LANGUILLE
*MRC DDS*
CHRIS LAROCKUS

## **JUDGMENT**

This action having commenced by a complaint and defendant's' motion to dismiss or for summary judgment having been assigned to the Honorable Maria E. Garcia, United States Magistrate Judge, and the Honorable Michael P. Shea, United States District Judge and,

The Honorable Maria E. Garcia having considered the motion and the full record of the case including applicable principles of law, and having filed a Recommended Ruling on November 6, 2023, granting the motion to dismiss or for summary judgment and dismissing the complaint, and the court having accepted and adopted the ruling on December 19, 2023; it is therefore

ORDERED, ADJUDGED and DECREED that judgment is entered dismissing the complaint.

Dated at Hartford, Connecticut, this 27th day of December 2023.

                                                        DINAH MILTON-KINNEY, Clerk

                                                        By     /s/
                                                         Devorah Johnson
                                                         Deputy Clerk

EOD 12/27/23